Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Jeffery A. Balls (12437) (jballs@parrbrown.com)
Daniel J. Nelson (19030) (djnelson@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
Attorneys for Plaintiff
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ALEX D. MOGLIA, in his capacity as Court-appointed Receiver; EAST WEST BANK,<br><br>Plaintiffs,<br>v.<br><br>ALLISON R. BEESLEY, an individual,<br><br>Defendant. | STIPULATED MOTION FOR EXTENSION OF TIME FOR THE RECEIVER AND EAST WEST BANK TO RESPOND TO COUNTERCLAIM<br><br>Case No. 2:25-cv-00384-JNP-JCB<br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Alex D. Moglia, the Court-Appointed Receiver, by and through his counsel of record, East West Bank, by and through its counsel of record, and defendant Allison R. Beesley, appearing pro se, hereby stipulate and move the Court to extend the time for the Receiver and East West Bank to file an answer or responsive motion to Allison Beesley's counterclaim, which is currently due on November 6, 2026, to December 9, 2026.

Good cause exists for the requested extension because the parties rescheduled the judicial settlement conference from October 20, 2026 to December 2, 2026 at the request of Allison R. Beesley. The extension will permit the parties to focus their resources on potential resolution before incurring additional fees and expenses associated with responding to the Counterclaim.

/s/ Jeffery A. Balls Date: 11/5/2026
Signature and typed name of counsel for Alex Moglia

/s/ Allison R. Beesley Date: 11/5/2026
Signature and typed name of Defendant Allison R. Beesley, pro se

/s/ Rusty Selmont Date: 11/5/2026
Signature and typed name of counsel for East West Bank

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2026 I caused a true and correct copy of the foregoing STIPULATED MOTION FOR EXTENSION OF TIME FOR THE RECEIVER AND EAST WEST BANK TO RESPOND TO COUNTERCLAIM to be served electronically via the Court's CM/ECF system on all counsel of record and defendant.

/s/ *Wendy V. Tuckett*