UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ALEX D. MOGLIA, in his capacity as Court-appointed Receiver; EAST WEST BANK,<br><br>Plaintiffs,<br>v.<br><br>ALLISON R. BEESLEY, an individual,<br><br>Defendant. | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR THE RECEIVER AND EAST WEST BANK TO RESPOND TO COUNTERCLAIM<br><br>Case No. 2:25-cv-00384-JNP-JCB<br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Based on the Stipulated Motion for Extension of Time for the Receiver and East West Bank to Respond to Counterclaim,[1] and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Receiver's and East West Bank's time to file an answer or responsive motion to the Counterclaim is extended to December 9, 2026.

BY THE COURT

____________________________________
JARED C. BENNETT
United States Magistrate Judge

[1]Docket no. ____, filed November 5, 2026.