**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **ALEX D. MOGLIA, in his capacity as Court-appointed Receiver; and EAST WEST BANK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ALLISON R. BEESLEY, an individual,**<br><br>**Defendant.** | **ORDER**<br><br>**Case No. 2:25-cv-00384-JNP-JCB**<br><br>**Chief District Judge Jill N. Parrish**<br><br>**Magistrate Judge Jared C. Bennett** |

Chief District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to extend the deadline for Plaintiff Alex D. Moglia, in his capacity as court-appointed Receiver ("Receiver"), and Plaintiff East West Bank ("EWB") to respond to Defendant Allison R. Beesley's ("Ms. Beesley") counterclaims.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for the Receiver and EWB to respond to Ms. Beesley's counterclaims is extended to December 9, 2026.

[1] ECF No. 9.

[2] ECF No. 53.

IT IS SO ORDERED.

DATED this 9th day of November 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge